**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**STATE OF NEW YORK,**

        **Plaintiff,**

   vs.                                                    **Civil Action No. 83-CV-1401(c)**

**SOLVENT CHEMICAL COMPANY, INC. et al.,**

        **Defendants and**
        **Third-Party Plaintiffs,**

   vs.

**THE UNITED STATES OF AMERICA, et al.**

        **Third-Party Defendants.**

---

**SOLVENT CHEMICAL COMPANY, INC. and**
**ICC INDUSTRIES INC.,**

        **Plaintiffs,**

        - vs -                                   **Civil Action No.  01-CV-425C(Sc)**

**E.I. du PONT de NEMOURS AND COMPANY,**

        **Defendant.**

---

**STIPULATION AND PROPOSED ORDER REGARDING DUPONT'S MOTION**
**FOR LEAVE TO SUBMIT SUPPLEMENTAL MEMORANDUM OF LAW**

On May 19, 2009, Third-Party Defendant/Defendant E.I. du Pont de Nemours and Company ("DuPont") filed a motion for leave to submit a supplemental memorandum of law to address the potential application of the United States Supreme Court's recent decision in *Burlington Northern & Sante Fe Railway Co. v. United States*, 556 U.S. ___ (May 4, 2009) ("*BNSF*"), to the issues pending before this Court in the case at bar (Item No. 1530).

Upon consultation among all of the remaining parties in the case, DuPont, Solvent Chemical Company, Inc., ICC Industries Inc. and Olin Corporation hereby stipulate and agree that the proposed order set forth in DuPont's motion should hereby be amended to allow any party wishing to brief the potential impact of the *BNSF* decision to do so pursuant to the following schedule:

1. Any party wishing to brief the potential impact of the *BNSF* decision on the determination of any issue pending in the instant case shall file a supplemental memorandum (not to exceed 10 pages) within 14 days of the entry of this stipulation and order; and

2. Any party wishing to respond to any other party's supplemental memorandum shall file a responding memorandum (not to exceed 10 pages) within 14 days of the filing of the initial supplemental memoranda.

Dated: May 12, 2009

By:  s/ Dennis P. Harkawik
     Dennis P. Harkawik, Esq.
     Jaeckle, Fleischmann & Mugel, LLP
     *Attorneys for Solvent Chemical Company, Inc.*
     12 Fountain Plaza
     Buffalo, New York 14202-2292
     (716) 856.0600
     dharkawik@jaeckle.com

By:  s/ Irwin F. Roth
     Irwin F. Roth, Esq.
     *Attorney for ICC Industries Inc.*
     600 West End Ave., Suite 2C
     New York, New York  10024
     (212) 496-0473
     iroth2@nyc.rr.com

By:  s/ Michael H. Wetmore
     Michael H. Wetmore, Esq.
     Husch, Blackwell & Sanders, LLP
     *Attorneys for Olin Corporation*
     190 Carondelet Plaza
     Suite 600
     St. Louis, MO  63105

By:  s/ Daniel M. Darragh
     Daniel M. Darragh, Esq.
     Cohen & Grigsby, P.C.
     *Attorneys for E.I. DuPont De Nemours and Company*
     11 Stanwix Street - 15th Floor
     Pittsburgh, PA  15222-1319

(314) 480-1841   (412) 297-4718
michael.wetmore@husch.com   ddarragh@cohenlaw.com

SO ORDERED

_____
United States District Court Judge

888524