AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

State of New York

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 83-CV-1401

v.

Solvent Chemical Company; et al,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment in favor of Solvent on its claim against DuPont in the amount of $2,050,371.00 is granted, and against Olin in the amount of $462,288.00, plus prejudgment interest, representing those parties' respective equitable shares of past response costs incurred by Solvent in implementing the remedial activities required by the Solvent ROD. Solvent's claim for declaratory judgment regarding future costs is dismissed.

The court also grants judgment in favor of Olin on its counterclaim against Solvent in the amount of $8041.00, plus prejudgment interest, representing Solvent's equitable share of the costs incurred by Olin for remediating the contaminated sediments in Gill Creek. Olin's fourth-party complaint against ICC is dismissed.

Date:   February 9, 2010

MICHAEL J. ROEMER, CLERK

By:s/ Diane Radloff
Deputy Clerk